IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. S-01-471 GEB |
| Plaintiff, | ) | |
| v. | ) | |
| KENNY LY KAING, | ) | <u>ORDER</u> |
| Defendant. | ) | |

The Ninth Circuit remanded Defendant's sentence "so the district court can determine 'whether the sentence imposed would have been materially different had the district court known that the Guidelines were advisory.'" <u>United States v. Kaing</u>, No. 04-10301 (9th Cir. June 21, 2005) (quoting <u>United States v. Ameline</u>, ___ F.3d ___, 2005 WL 1291977, at *1 (9th Cir. June 1, 2005) (en banc)). Under <u>Ameline</u>, "If the district court determines that the sentence imposed would have differed materially if the district court judge were applying the Guidelines as advisory rather than mandatory, . . . the original sentence will be vacated and the district court will resentence with the defendant present." <u>Ameline</u>, 2005 WL 1291977, at *11.

1

1        Accordingly, resentencing is scheduled in this action on
2  August 26, 2005, at 9:00 a.m.  The Bureau of Prisons is directed to
3  deliver Defendant to the custody of the United States Marshal's Office
4  so Defendant can be transported to the August 26 sentencing hearing.
5        IT IS SO ORDERED.
6  Dated:  June 23, 2005

                                        /s/ Garland E. Burrell, Jr.
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge