**VICTOR S. HALTOM**
A Professional Law Corporation
State Bar No. 155157
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 444-8663
Facsimile: (916) 444-1546
*e-mail: vshjah@aol.com*

Attorney for Defendant
**KENNY LY KAING**

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

-- o0o --

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) ) ) | CR. S-01-0471 GEB |
| Plaintiff, ) ) | **ORDER** |
| v. ) ) | |
| **KENNY LY KAING**, et al. ) ) | |
| Defendants. ) _____ ) | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Victor S. Haltom is substituted in as attorney for Kenny Ly Kaing, in place of Candace A. Fry, for proceedings in this court following the Ninth Circuit's <u>Ameline</u> remand herein.

IT IS SO ORDERED.

DATED: August 1, 2005

<u>/s/ Garland E. Burrell, Jr.</u>
GARLAND E. BURRELL, JR.
United States District Judge