IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. S-01-471 GEB |
| Plaintiff, | ) | |
| v. | ) | |
| KENNY LY KAING, | ) | <u>ORDER</u> |
| Defendant. | ) | |

Resentencing was ordered in this action without compliance with the portion of the opinion in <u>United States v. Ameline</u>, 409 F.3d 1073 (9th Cir. 2005), which states "that the 'views of counsel, at least in writing,' should be obtained" before a district judge decides whether resentencing is required. 409 F.3d at 1085 (quoting <u>United States v. Crosby</u>, 397 F.3d 103, 230 (2d Cir. 2005)). Notwithstanding the resentencing Order issued on June 24, 2005, counsel are requested to provide their views on the resentencing issue no later than 4:00 p.m. on August 24, 2005.

IT IS SO ORDERED.

Dated: August 19, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

1