PROB 35

**ORDER TERMINATING SUPERVISED RELEASE**
**PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT**
**FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

**UNITED STATES OF AMERICA** )
)
vs. ) **Docket Number: 2:01CR00471-01**
)
**Kenny Ly KAING** )
)

On October 7, 2005, the above-named was placed on Supervised Release for a period of 5 years. He has been supervised by the Eastern and Northern District of Texas since his release. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/Wendy E. Reyes
**WENDY E. REYES**
**United States Probation Officer**

Dated:   June 4, 2012
         Elk Grove, California
         WER/cj

**REVIEWED BY:**   /s/JackC. Roberson
                   **JACK C. ROBERSON**
                   **Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

**RE:    Kenny Ly KAING**
**Docket Number:  2:01CR00471-01**
**ORDER TERMINATING SUPERVISED RELEASE**
**PRIOR TO EXPIRATION DATE**

---

### ORDER OF COURT

It is ordered that the Supervised Releasee be discharged from Supervised Release, and that the proceedings in the case be terminated.

Dated:  July 21, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

WER/cj

Attachment:  Recommendation

cc:  Mary L. Grad, United States Attorney's Office